United States District Court
Southern District of Texas
**ENTERED**
April 06, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MME HOLDING COMPANY, LLC § <br> D/B/A MIDAS MUFFLER, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> WESTCHESTER SURPLUS LINES § <br> INSURANCE CO, *et al*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 3:19-CV-156 |

## ORDER OF DISMISSAL

On April 3, 2020, the parties filed a Joint Stipulation of Dismissal with Prejudice (Dkt. 18) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED on Galveston Island this 6th day of April, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE